IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRIPLE H DEBRIS REMOVAL, INC.                               PLAINTIFF

V.                    Civ. No. 07-2086

COMPANION PROPERTY AND
CASUALTY INSURANCE COMPANY                                  DEFENDANT

### JUDGMENT

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion for Summary Judgment is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** with prejudice.

IT IS SO ORDERED this 10th day of December 2007.

  /s/ Robert T. Dawson
  Robert T. Dawson
  United States District Judge

AO72A
(Rev. 8/82)