```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

TRIPLE H DEBRIS REMOVAL, INC.                          PLAINTIFF

    v.                    Civ. No. 07-2086

COMPANION PROPERTY AND CASUALTY
INSURANCE COMPANY                                      DEFENDANT

## ORDER

On the 18th day of August, 2010, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  The trial continued until August 19, 2010, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as follows:

INTERROGATORY NO. 1:

Do you find from a preponderance of the evidence that Defendant, Companion Property and Casualty Insurance Company, cancelled the policy with Plaintiff, Triple H Debris Removal, Inc., in accordance with the terms and conditions of the policy, and statutes of the state of Arkansas?

  __√__    YES

  _____    NO

Based upon the answer to Interrogatory No. 1, the jury was instructed to disregard the remaining interrogatories.

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatory and jury verdict, that Plaintiff take nothing on its complaint filed herein and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and

attorney's fees.

Dated this 20th day of August 2010.

                                                  /s/Robert T. Dawson
                                                  Honorable Robert T. Dawson
                                                  United States District Judge